UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk DIVISION

C.B., a minor, by Cherrelle Cartwright, her Mother

vs.    Civil/Criminal Action No. 2:24-cv-00290

Shamin Hotels, Inc.

# FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
Shamin Hotels, Inc.
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

9/30/2024                                    /s/ Lilias M. Gordon
Date                                         Signature of Attorney or Litigant
                                             Counsel for  Defendant

Rev. 03/12/19